IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01898-RPM

NV5, INC., formerly known as NOLTE ASSOCIATES, INC.,

    Plaintiff,

v.

KL&A, INC. and
WARE MALCOMB,

    Defendants.

_____

## ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

    Defendant KL&A, Inc., having filed a Consent to Removal [Doc. 11], it is

    ORDERED that this Court's Order to Show Cause entered on September 2, 2015, is discharged.

    DATED: September 14th, 2015

                                                BY THE COURT:

                                                s/Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior Judge