# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:            December 29, 2015
Courtroom Deputy:  Bernique Abiakam
FTR Technician:    Kathy Terasaki

Civil Action No.: 15-cv-01898-RPM

| | |
|---|---|
| NV5, INC., formerly known as Nolte Associates, Inc., | Armando Y. Aguilar |
| Plaintiff, | |
| v. | |
| KL&A, INC., and | Robert J. Zavaglia, Jr. |
| WARE MALCOMB, | Katherine Condit |
| Defendants. | |

## COURTROOM MINUTES

**Motions Hearing**

**9:59 a.m.**     **Court in session.**

Court calls case.  Appearances of counsel.  Also present, Michael Bohn.

Court's preliminary remarks.

10:01 a.m.     Argument by Mr. Zavaglia, Jr.  Questions by the Court.

10:11 a.m.     Argument by Mr. Aguilar.  Questions by the Court.

10:30 a.m.     Argument by Mr. Zavaglia, Jr.  Questions by the Court.

**ORDERED:  Plaintiff NV5, Inc.'s Motion To Stay Proceedings Pending Arbitration (Filed 11/5/15; Doc. No. 25) is GRANTED through mediation, not arbitration.  If mediation isn't successful, a scheduling conference will be set.**

Further argument by Mr. Aguilar.  Questions by the Court.

**10:39 a.m.**     **Court in recess.**  Hearing concluded.  Total time: 40 minutes.