IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01898-RPM

NV5, INC., formerly known as NOLTE ASSOCIATES, INC.,

     Plaintiff,

v.

KL&A, INC. and
WARE MALCOMB,

     Defendants.

_____

ORDER APPROVING JOINT AGREEMENT FOR LIMITED DISCOVERY
_____

Upon review of the Joint Agreement for Limited Discovery [Doc. 33] filed pursuant to this Court's order at the March 11, 2016, conference, it is

ORDERED that the Joint Agreement for Limited Discovery is approved.

DATED:   April 18, 2016

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge